UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KATHERINE M KERNTKE,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 2:16-CV-01764-RAJ-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION ~~(PROPOSED)~~

    The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.
(2)     The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.
(3)     **JUDGMENT** is for plaintiff and the case should be closed.
(4)     The Clerk is directed to send copies of this Order to counsel of record.

Dated this 7th day of September, 2017.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge