UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KATHERINE M. KERNTKE, | ) | No. 2:16-cv-01764-RAJ-JRC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER having been brought before this Court upon the parties' Stipulated

Motion for Equal Access to Justice Act attorneys' fees and costs, and the Court having fully

considered this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulated Motion

for EAJA attorney fees is Granted and Plaintiff is awarded attorneys' fees in the amount of

$6,060.38 and expenses in the amount of $27.28, for a total of $6,087.66, pursuant to the Equal

Access to Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*,

130 S.Ct. 2521 (2010). Plaintiff is also awarded $13.40 in costs under 28 U.S.C. § 1920.

**ROBEY NAMBA, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548

ORDER - 1

The check(s) shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F Street, Bellingham, WA 98225. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Robey Namba, P.S., based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

DATED this 1st day of December, 2017.

The Honorable Richard A. Jones
United States District Judge

**ROBEY NAMBA, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548